■ WINTHROP R. MUNYAN, Respondent, v CURTIS, MALLET-PREVOST, COLT & MOSLE, Appellant. — Order, Supreme Court, New York County (Riccobono, J.), entered on October 13, 1981, unanimously affirmed, without costs and without disbursements, and without prejudice to an application at Special Term with regard to any specific documents sought. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG BROWN, Appellant. — Judgment, Supreme Court, Bronx County (Zimmerman, J.), rendered on October 26, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Carro and Fein, JJ.

■ JOHN MEE, INC., Appellant, v CITY OF NEW YORK, Respondent, et al., Defendant. JOHN MEE, INC., Appellant, v CITY OF NEW YORK, Respondent, et al., Defendant. — Orders, Supreme Court, New York County (Shapiro, J.), entered on August 17, 1979, unanimously affirmed, without costs and without disbursements for the reasons stated by Shapiro, J., at Special Term. Concur — Kupferman, J. P., Sandler, Sullivan, Carro and Fein, JJ.